HON. RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CR07-432-RAJ |
| Plaintiff, | ) | |
| | ) | RESPONSE |
| v. | ) | |
| | ) | |
| SHARON BRANDT, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT SHARON BRANDT responds to the Government's Motion To Require Defendants To Furnish Handwriting Exemplars as follows:

The Government has not alleged any factual information in its motion. The defense contends that the Government should be required to make some threshold showing that authorship of one or more writings is in question before this Court enter an order compelling the defendants to provide handwriting exemplars.

The defense requests that any order this Court enter also provide that defense counsel should receive a copy of any handwriting exemplars the government obtains from the defendants pursuant to this Court's order.

Respectfully submitted,

*/s/ Robert Leen*

Robert M. Leen
Attorney for Defendant

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | CERTIFICATE OF SERVICE |
| 4 | I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this 22 day of April 2008. |
| 5 | |
| 6 | _____ Robert M. Leen |

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821