07-CR-00432-APPR

FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 23 2008 LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD BRANDT and<br>SHARON BRANDT,<br><br>    Defendants. | NO. CR 07-432 RAJ<br><br>SUPERSEDING<br>INFORMATION |

The United States Attorney charges that:

## COUNT 1

### Causing the Introduction of an Adulterated Medical Device in Interstate Commerce

1. On or about January 3, 2005, DONALD BRANDT and SHARON BRANDT, within the Western District of Washington, caused the shipment in interstate commerce, from Greeley, Colorado to their "clinic" in Mt. Vernon, Washington, of a Vibe Machine, which was adulterated as defined at Title 21, United States Code, Section 351(f)(1), in that it was a Class III device lacking the required pre-market approval.

///

///

///

SUPERSEDING INFORMATION/ Donald Brandt, Sharon Brandt- 1
CR 07-432 RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

All in violation of Title 21, United States Code, Sections 331(a) and Title 18, United States Code, Section 2.

DATED this 22 day of May, 2008.

*[signature]*
JEFFREY C. SULLIVAN
United States Attorney

*[signature]*
CARL BLACKSTONE
Assistant United States Attorney

*[signature]*
SUSAN LOITZ
Assistant United States Attorney

*[signature]*
JAMES M. LORD
Assistant United States Attorney

SUPERSEDING INFORMATION/ Donald Brandt, Sharon Brandt- 2
CR 07-432 RAJ

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970