HON. RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR07-432-RAJ |
| Plaintiff, ) | |
| ) | DEFENDANT SHARON |
| v. ) | BRANDT'S SENTENCING |
| ) | MEMORANDUM |
| SHARON BRANDT, ) | |
| Defendant. ) | |

The defense contends a sentence of 2 months home detention, $2500 fine, $25 special assessment and 1 year supervised release is sufficient but not greater than necessary to meet the statutory requirements of 18 U.S.C. § 3553(a).

Sharon Brandt is 66 years old. This is her first criminal conviction. Ms. Brandt first became acquainted to what she calls "original" health care in 1990 during her prior husband's last illness. It was during that time she was also "born again." Ms. Brandt's religious beliefs and belief in the efficacy and good works of her husband Donald seem genuine. For the past 17 years Sharon has preached the gospel while assisting Donald provide "original" health care with vibe machines and vitamin supplements. Sharon now fully understands that aiding and abetting the unauthorized practice of medicine in any manner is illegal.

Respectfully submitted,

Robert M. Leen
Attorney for Defendant

ROBERT M. LEEN
WSBA #14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821

CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing using the CM/ECF system and I served via facsimile this document any non CM/ECF participants this __18__ day of August 2008.

_____
Robert M. Leen

ROBERT M. LEEN
WSBA#14208
ATTORNEY AT LAW
ONE UNION SQUARE
600 UNIVERSITY STREET, SUITE 3310
SEATTLE, WASHINGTON 98101-4172
(206) 748-7817 · FAX (206) 748-7821