**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO. CR07-0432** |
| Plaintiff, | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **DONALD BRANDT,** | |
| Defendant. | |

## OBJECTIONS

The defendant, through counsel, notified Ms. Olsen of its objections to the draft PreSentence Report. A copy of that letter is attached hereto and incorporated by this reference in Appendix A. While Ms. Olsen incorporated all of the minor changes suggested by the Government, she rejected all of the legal objections raised by the defense, even as to which version of the Sentencing Guidelines should be used. Mr. Brandt continues to object to those portions of the Presentence Report.

Donald Brandt, who at nearly 80 years of age, appears before this Court to be sentenced for his misdemeanor plea to a violation of 21 USC Section 331(a). He contends that the correct based offense level for the crime is 6 and that he is entitled to a two point

DEFENDANT'S SENTENCING MEMORANDUM 1

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

reduction for acceptance of responsibility. With an adjusted based offense level of 4 his standard sentencing range is 0 – 6 months and falls within Zone A.

There is a fundamental difference between the parties, or at least between Ms. Olsen and the defense, on whether Mr. Brandt should be punished based on the crime to which he entered his guilty plea or based on her apparent assumption that he exploited people with terminal illnesses for financial gain.

The facts to which Mr. Brandt agreed, at the time he entered his guilty plea are contained in paragraph 12 of the Plea Agreement and are set out below:

DONALD BRANDT and his wife Sharon Brandt operated a clinic on Blodgett Road in Mt. Vernon, Washington, within the Western District of Washington. The purpose of the business was to provide treatments and to sell supplements. Neither DONALD BRANDT nor Sharon Brandt were licensed by Washington State as medical practitioners.

The Food and Drug Administration (hereafter "FDA") regulates, among other things, medical devices. Title 21, United Stated Code, Section 321(h) defines a medical device, in pertinent part, as an instrument, apparatus, implement, machine, contrivance, implant, in vitro reagent, or other similar or related article, including any component, part, or accessory, which is intended for use in the diagnosis of disease or other conditions, or in the cure, treatment, or prevention of a disease, in man or in animals, or intended to affect the structure or any function of the body of man or other animals. . The introduction into interstate commerce and the receipt through interstate commerce of a device that is adulterated is prohibited.

DEFENDANT'S SENTENCING MEMORANDUM 2

MARK D. MESTEL
ATTORNEY AT LAW
3221 Oakes Avenue
Everett, WA 98201
(425) 339-2383

The device known as the Vibe Machine was adulterated as that term is defined in Title 21, United States Code, Section 351(f)(1) in that it was a Class III device 8 lacking the required pre-market approval.

On or about December 29, 2004, DONALD BRANDT and Sharon Brandt ordered a Vibe Machine from a business called The Vibe Machine Company in Greeley, Colorado. On or about January 3, 2005 DONALD BRANDT caused a Vibe Machine to be sent from Greeley, Colorado via UPS to BRANDTS' address on Blodgett Road in Mt. Vernon, WA.

On or about January 4, 2005, the BRANDTS received into their "clinic" on Blodgett Road in Mt. Vernon, Washington, a Vibe Machine.

The Plea Agreement advised Mr. Brandt that the crime to which he was pleading guilty required the Government to establish each of the following elements beyond a reasonable doubt:

1. The defendant caused a "medical device" as that term is defined in 21 USC section 321(h) to be introduced into interstate commerce, or aided and abetted the introduction of a medical device into interstate commerce; and

2. Second, the medical device when so introduced into interstate commerce was "adulterated" as that term is defined in Title 21, United States Code, Section 351.

The crime to which Mr. Brandt entered his guilty plea did not require the Government to establish that Mr. Brandt acted with the intent to defraud a regulatory agency or a consumer. The agreed facts did not establish an intent to defraud a regulatory agency or a consumer. If there was any fraud (allegations that Mr. Brandt misrepresented himself to be

DEFENDANT'S SENTENCING MEMORANDUM 3

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

a doctor), it was perpetrated upon the Vibe Machine Company.[1]  However, the Vibe Machine Company did not suffer any financial loss as a result of the "alleged" fraud.  It was in the business of selling Vibe Machines.  (Apparently the Medical disclaimer contained on its Web page protects the company and its founder from being prosecuted under the statute to which Mr. Brandt pled guilty.)  It did so in this instance and was paid its asking price for the machine.  There should be no upward adjustment for fraud.  Despite this the Probation Department asserts a 14 point upward adjustment is appropriate under section 2F1.1 of the Guidelines based on a finding of fraud.  Mr. Brandt maintains that this upward adjustment is neither legal nor appropriate.

Whether Mr. Brandt truly is a visionary with a "gift" that allows him to help people who have not found relief from traditional western medicine, or simply a man who suffers from grandiosity, one cannot and should not doubt that he was always well intentioned.  He is a man who has dedicated his life to studying alternatives modalities for treating the ill.  For decades the western medical community showed distain for any modality of treatment not taught in Western Medical Schools.  In recent years that same community has recognized that its myopia has caused it to reject, without a valid basis, other modalities of treatment which can help treat patients with a variety of illnesses.  Physicians who previously eschewed non-traditional treatment of diseases now recognize their utility.  See for instance the web page for Northwest Natural Health (http://www.nwnaturalhealth.com/index.html).  Light therapy is becoming accepted in the treatment of various ailments.  See http://lighttherapyaustralia.wordpress.com/2008/08/14/what-the-experts-say-about-light-therapy/.

---

[1] The Vibe Machine is not a medical device.  Contrary to what is written in the presentence report you don't have to be a doctor to purchase one.  The most recent material from the Vibe Company's Web Site is attached hereto in Appendix A

*MARK D. MESTEL*
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

That Mr. Brandt is a true believer in the treatments he provided with an intent to help those who had lost faith in traditional medicine is evidenced by the following facts:

1. He did not advertise or solicit clients. All of his clients were referred to him by current and/or former clients.

2. He kept copious records of the treatments that he provided to his clients so that he could follow their progress.

3. He referred clients to their physicians for follow up care and for laboratory work so that he could track their conditions and make necessary adjustments.

4. In those instances in which clients were unable to pay for the treatments, he either reduced his fee or provided the treatments free of charge.

But, the Government may counter, he supposedly took in over $800,000.00 over approximately nine years. That is gross revenue of less than $100,000.00 per year. From that gross revenue Mr. Brandt invested large sums into research designed to treat illnesses. More importantly, the Rife machine was delivered to Mr. Brandt in January 2005. (PSR paragraph 19) The State closed down the clinic when it executed a search warrant in April, 2005. If the acquisition of the Rife machine is the "fraud" is it the Government's contention that Mr. Brandt used it to defraud "clients" of $800,000.00 over that four month period?

Fraud is defined as 1.deceit, trickery, sharp practice, or breach of confidence, perpetrated for profit or to gain some unfair or dishonest advantage. From the presentence report it appears that of the 37 persons who sent in "victim" impact statements, approximately 73% believed that they benefitted from the treatments they received at the clinic. (PSR at paragraph 39) What percentage of patients who are diagnosed with a terminal illness would be so supportive of their treating physicians? If 73% of the clients

DEFENDANT'S SENTENCING MEMORANDUM 5

MARK D. MESTEL
ATTORNEY AT LAW
3221 Oakes Avenue
Everett, WA 98201
(425) 339-2383

believed that their treatments were beneficial, can one conclude that they were the victims of fraud?

In summary, Mr. Brandt did not plead guilty to defrauding the people who, without solicitation, sought treatment at his clinic. A majority of those people were satisfied with the treatment they received.[2] He only possessed the Rife Machine for four or five months. There is no showing that the Vibe Machine Company was defrauded (it sales are not limited to physicians, anyone can purchase a Vibe Machine). There is no showing that any of the clients who were not satisfied with the treatments, actually were treated with the Vibe Machine.

## Deterrence

In support of her recommendation of four months confinement Ms. Olsen writes:

> Based on the facts gathered from interviewing the defendant, the probation office is not convinced the defendant has fully grasped the seriousness of the offense of conviction in order to be deterred. The defendant has held the belief that the machines he has possessed and treatments he has been providing are valid and beneficial, aside from the opinions and regulations of the FDA. A sufficient sentence should protect the public from further crimes of the defendant. Taking into account all relevant facts of the case, the probation office believes this case calls for a term of custody as a deterrent. The probation office recommends the defendant serve four months custody, to be followed by one year of supervised release.

Presentence investigation recommendation at page 4.

While Mr. Brandt no doubt believes that the treatments he administered were "valid and beneficial[3]" the intervention by the State and Federal Governments has caused him to stop treating clients. There have been no allegations that he has engaged in similar

---

[2] The defense has dozens of letters from supporters of the Brandts. However, the 37 letters appended to Ms. Olsen's report should be sufficient to give this Court a good overview of how his clients were treated by the Brandts and the esteem in which they hold them.

[3] Mr. Brandt's handwritten letter, a copy of which is attached in Appendix B, attests to this while accepting responsibility for his actions.

DEFENDANT'S SENTENCING MEMORANDUM  6

**MARK D. MESTEL**
*ATTORNEY AT LAW*
*3221 Oakes Avenue*
*Everett, WA 98201*
*(425) 339-2383*

behavior over the past three and one half years, since his clinic was closed. He will be 80 years of age on Oct. 1. In light of his compliance with the Cease and Desist Order issued by the State Department of Health and his age, can one seriously conclude that imprisonment is necessary to deter Mr. Brandt from resuming his treatments to the terminally ill?

Rather than lock this man up in a jail, the Court should exercise its discretion to impose a term of probation together with a fine. As part of the Cease and Desist action initiated by the State Department of Health Mr. Brandt was required to pay a fine of $12,500.00. He did pay it as reflected in the presentence report. Although he believes that his adjusted base offense level is a "4" with a corresponding fine range of $250.00 - $5,000.00 (5E1.2(c)), he does not object to the $10,000.00 fine recommended by Ms. Olsen. The Court can place Mr. Brandt on probation for a period of time, with conditions that prohibit him from engaging in similar conduct if it is worried that he will return to treating the terminally ill. According to actuarial tables he has a life expectancy of approximately seven years. See, http://www.ssa.gov/OACT/STATS/table4c6.html.

### THE GOVERNMENT'S RECOMMENDATION

The Government recommends a significantly higher fine than Ms. Olsen and one that is clearly outside the Guideline Range. A careful reading of the "victim" impact letters underscores the sophistry of its argument. Picking and choosing from letters submitted from the family members of decedents may strike at one's heart chords, but should also be placed in context. As easily as Ms. Loitz quotes from the letter of a surviving spouse who feels that he was duped out of his money, the defense can quote from David McElroy, the father of David McElroy, Jr, who was erroneously identified in the presentence report as having died of testicular cancer while under the care of Mr. Brandt. In his letter Mr. McElroy

DEFENDANT'S SENTENCING MEMORANDUM  7

**MARK D. MESTEL**
ATTORNEY AT LAW
3221 Oakes Avenue
Everett, WA 98201
(425) 339-2383

writes that his son did not die while in the care of Mr. Brandt; he had discontinued treatment with Mr. Brandt months earlier and had sought treatment in California. He goes on to state:

> I believe that if my son David McElroy, Jr. had been under the care of the Brandt's, he would still be with us today.

Later on he writes:

> The Brandt's are two of the most caring people we know and I carry that guilty that it was one of my family members that filed the original complaint. I would like the court to keep in mind that the complaint was filed at a time of mourning when human nature wants to punish someone trying to relieve some of the pain of the loss.

Frank Bursinger writes:

> Donald and Sharon Brandt provided to me a life-saving treatment for a cancer which has a very high fatality rate when it has metastasized to the internal organs. In fact, the Chief Oncologist at John Wayne Cancer Institute told me I would b dead within 3 months if I stopped the chemotherapy. I stopped the chemo, went to the Brandt's and never returned to the Institute. According to the Doctor, death should have arrived in September, 2002.

Having established that the parties each have poignant tales to bring to the Court's attention, the Court should focus on the real issue. What punishment is appropriate for a person who causes a adulterated medical device to be transported in interstate commerce? It is not the use of the device for which the Court should punish Mr. Brandt. Had Mr. Brandt made the device at his home using parts manufactured in Washington, he would not be in Federal Court. This Court has jurisdiction because the device was transported from Colorado to Washington thereby implicating the Commerce Clause of the Constitution. Mr. Brandt should not be punished for the unauthorized practice of medicine. The State, which commenced the investigation and issued the Cease and Desist Order, did not initiate a prosecution for the unauthorized practice of medicine or fraud.

DEFENDANT'S SENTENCING MEMORANDUM  8

It is repugnant to our system of justice to charge a person with a crime, advise him of the elements of that crime, take a guilty plea to that crime and then to attempt to punish him for something which he neither acknowledged, nor which the Government sought to prove.

## DEFENSE RECOMMENDATION

For the reasons set out above the defense requests that this Court compute the defendant's adjusted offense level as a "4" with a corresponding range of 0 – 6 months. The Court should reject the suggestion that imprisonment is necessary and instead order that he serve two years probation and pay a $10,000.00 fine.

DATED this 18th day of August, 2008.

Respectfully submitted,

MARK D. MESTEL, INC., P.S.

Mark D. Mestel, WSBA #8350
Attorney for Defendant

DEFENDANT'S SENTENCING MEMORANDUM 9

# ATTACHMENTS

*MARK D. MESTEL, INC., P.S.*

*The Moose Tower*
*3221 Oakes Avenue*
*Everett, Washington 98201*
*Telephone: (425) 339-2383*
*Fax No: (425) 259-2621*
*Email: markmestel@bigfoot.com*

*Attorney at Law*

*OF COUNSEL*
*LINDA ANTONIK*

July 25, 2008

Brieanne Olsen
Seattle Office
USDC Courthouse
700 Stewart Street, Suite 11101
Seattle, Washington 98101

RE:   United States v. Donald Brandt, CR07-0432

Dear Brienne:

I have had an opportunity to review the Presentence Report with my client and this constitutes the objections to the Report. I am using your paragraph numbers to set out our objections.

Preliminarily, it should be noted that the objections for the most part are based on legal issues. Unless specifically noted the objections are not disputing factual matter contained in your report.

Paragraph 8:  D.M., whose name is David McElroy, Jr. did not die while under the treatment of the Brandts. He had discontinued treatment with the Brandts two months prior to his death. He went to California where he received treatments for the last two months of his life. A letter better explaining the circumstances surrounding David's death is attached hereto and incorporated by reference. It was authored by his father, David McElroy.

Paragraph 20:  It should be noted that Mr. Brandt was assessed a fine by the Washington State Department of Health in the amount of $12,500.00 which he paid.

Paragraph 21: The Defendant objects to the inclusion of this material on the basis that it does not constitute relevant conduct. Mr. Brandt entered a plea to a one count misdemeanor information that concerned only the interstate transportation of a device not approved by the FDA. It has no relationship under the law to the treatments provided. Additionally, Mr. Brandt objects to the figure $807,950.00. Many of the people who received treatment from him were not defrauded. They understood exactly the conditions of their treatment and were satisfied with the results. If the fraud section is applied, which we contend is neither appropriate nor legal, only those payments made by persons who claim to be defrauded should be included.

Paragraph 22: The Defendant objects for the reasons previously stated.

Paragraph 23: The Defendant objects for the reasons previously stated.

Paragraph 24: The Defendant objects for the reasons previously stated.

Paragraph 25: The Defendant objects for the reasons previously stated.

Paragraph 26: The Defendant objects for the reasons previously stated.

Paragraph 27: The Defendant objects for the reasons previously stated.

Paragraph 28: The material provided to you should document that many of the people who were treated by Mr. Brandt were referred back to their medical doctors not only for additional treatment but for laboratory work to determine whether their conditions were improving.

Paragraph 29: The Defendant objects for the reasons previously stated.

Paragraph 30: The Defendant objects for the reasons previously stated.

Paragraph 31: The Defendant objects for the reasons previously stated.

Paragraph 32: The Defendant objects for the reasons previously stated.

Paragraph 33: The Defendant objects for the reasons previously stated.

Paragraph 34: The Defendant objects for the reasons previously stated.

Paragraph 35: The Defendant objects for the reasons previously stated.

Paragraph 36: The Defendant objects for the reasons previously stated.
Paragraph 37: The Defendant objects for the reasons previously stated.

Paragraph 38: The Defendant objects for the reasons previously stated.

Paragraph 39: The Defendant objects to the Probation Office referring to these individuals as victims. These individuals were not victims of the crime to which the Defendant pled guilty.

Paragraph 42: This offense occurred in 2005. Accordingly, the 2005 edition of the United States Sentencing Commission Guidelines Manual should be used.

Paragraph 43: The Defendant objects to the Court using Section 2B1.1 to calculate the relevant guideline. He contends that there was no fraud involved in the crime to which he pled guilty nor is it relevant conduct. He does agree that the base offense level is 6.

Paragraph 44: The Defendant objects for the reasons previously stated.

Paragraph 45: The Defendants objects. There were no victims of this crime other than the Food and Drug Administration. Accordingly, there should not be four point adjustment.

Paragraph 46: The Defendant objects for the reasons previously stated. This does not constitute relevant conduct. There should not be a two point adjustment.

Paragraph 48: The Defendant contends the appropriate adjusted offense level is six.

Paragraph 49: The Defendant contends he is entitled to a two point reduction for acceptance of responsibility.

Paragraph 50: The Defendant contends the correct offense level subtotal is four.

Paragraph 52: The Defendant contends the total offense level is four.

Paragraph 98: The Defendant contends the correct offense level is four which yields a corresponding range of 0-6 months and falls within Zone A.

Paragraph 102: Since the correct offense level falls within Zone A, probation is authorized.

Paragraph 105: Based on a total offense level of four, the Guideline range for a fine is $250-$5,000.00.

Should you need any further information regarding the Defendant's objections, please do not hesitate to contact me.

Sincerely,

MARK D. MESTEL, INC., P.S.

Mark D. Mestel
Attorney at Law

MDM:vec

Enclosures

cc:   Donald Brandt

To whom it may concern:

07-19-2008

I'm writing this to portray my personal experiences, feelings and
knowledge of Don and Sharon Brandt.
I'm aware that they pled guilty to 1 charge of introduction of adulterated
or misbranded food, drugs or cosmetics in interstate commerce. Ask anyone
on the street what that means and you will be faced with a blank stare.
I also have a list of 13 places in Washington State of Dr.'s and private citizens
that have purchased the same machine and currently charge a fee to use the
same device for treatment. Why are the Brandt's being singled out?
I could go on and on about how Don Brant healed my wife of M.S., how my
brother would have been taken from us due to cancer of the stomach, my
mother would still be suffering from shingles or my Grandson being freed
from the herpes virus, my niece healed from a bleeding disorder not to
mention the many illnesses I have had Don take care of, but I won't talk
about those. Why?
People don't believe unless it happens to them. Most people believe that
they are at no real risk of facing a life threatening illness. Most
people think "it won't happen to me" and they have a closed mind to any
alternative medicine or healing techniques. Some methods have been used in
other countries for many years. Some of us hold on to our arrogance of ,
it's my way or no way. That is, till the illness hits you or one of your
loved ones. Then you find you are willing to do almost anything to make
them well or relieve the pain they are in.
As I sat through the court hearings with Don and Sharon I looked at the
Judge sitting at his bench, the attorneys for the F.D.A. and even the attorneys
for the Brandt's and thought what a shame for all of them to be so well educated
and yet be so ignorant with this subject. That at any time an illness could hit
one of them or a loved one and how fast they would change their closed
minds to the possibility of hope in what they call Quack medicine.
In the F.D.A. case against the Brandt's our son has been referred to in
a very uncaring, insensitive, irresponsible way, by the F.D.A., the
reporters from King 5 news, KIRO 7, the Seattle Times, the Skagit Valley
newspaper and the Bellingham Herald newspaper. They all say that our son
died while in the care of the Brandt's and that they were paid thousands
of dollars for his treatment.
This is not true. The last two months of his life he lived in Sacramento, CA.
I drove to Sacramento, picked him and his family up and brought them to my
house in Ferndale where he passed within a week. They all refer to him as the
32 year old man from Bellingham, they didn't even try to find out what his
name is.

I believe that if my son David McElroy Jr. had been under the care of the Brandt's, he would still be with us today. Most people will read this and think, well I have lost a parent, a mother, brother or sister which is hard, but have no idea what it is to lose a son, your first born, one and only son. If the Brandt's where responsible for his death do you really think my wife and I, my mother and father and other relatives would be supporting the Brandt's with their legal defense fund?

We have known the Brandt's for more than 14 years now and consider them as very, very close friends and do not feel there should be any time served or fines imposed. It's as if they have been on probation for the last three years. Not to mention the thousands of dollars in equipment that was confiscated from them and should be returned to them.

The Brandt's are two of the most caring people we know and I carry the guilt that it was one of my family members that filed the original complaint. I would like the court to keep in mind that the complaint was filed at a time of mourning when human nature wants to punish someone trying to relieve some of the pain of the loss. Only to look back and find that no one gained from persecution of someone truly trying to help people in time of their need. I owe the Brandt's more than I could ever repay. If there is any guilt or punishment to be received in relation to the passing of my son let it rest on me his father.

I pray that this letter does not fall on deaf ears.

                              Sincerely,
                              David McElroy

Home     Contact us
How it works
Questions & answers
About the inventor
Published articles
Clinical studies
Video/Audio
Locate a VIBE Machine

# The VIBE Machine
By VIBE Technologies

You Searched For:

State=Washington

13 Matches Found (displaying 1 to 13)

Cameron Steele
Bellevue , Washington   98005
(425) 649-1112

Kevin Campbell
Bellevue , Washington   98006
(425) 747-5797

Aaron Mitschke
Bremerton, Washington   98311
(360) 340-3459

Red Beckman
Carrolls , Washington   98609
(360) 423-2004

Hola Russell
Colville, Washington   99114
(509) 732-4568

Dr. Fred DiDomenico
Gig Harbour , Washington   98335
(425) 765-3454

Reva Steele
Hoquiam, Washington   98550
(360) 532-5828

Pam & Gary Mozian
Port Orchard, Washington   98366
(360) 874-0200
(360) 265-7846

Hugo Wiebusch
Ridgefield, Washington   98642
(360) 887-2428

Steven Frketic
Seattle, Washington   98112
(206) 505-7887

Brian Roberts
Seattle, Washington   98125
(206) 367-2030

... ...... ......
Sequim, Washington  98382
(360) 681-0086

Sandy Webb
Woodinville, Washington  98072
(425) 415-2337

Search Results by ...........

**Medical Disclaimer**

Nothing on this website is intended to diagnose, treat or cure any physical problems or medical conditions.  Information on this site is intended to be used for educational purposes only.  The statements on this site have not been evaluated by the FDA, and as such, shall not be construed as medical advice, implied or otherwise.  This machine is for investigational use only.

(c) Copyright ... . VIBE Technologies, Inc. ... . ... . All rights reserved.
U.S. Patent 6,953,814

No portion of this website may be reproduced in any form, or by any means, without prior written permission from Gene Koonce.

# APPENDIX A

Home Page
Hello & Welcome
Calendar of Events
Rebirther Directory
Rebirther Training
Rebirthing Articles
Rebirthing Links
Services
Rebirthing
The Next Level
Sondra Ray
The Loving
Relationships Training
Shamanic Healing
The Collard Method
of Body Work
Chiropractic
The Vibe Machine

# V.I.B.E.

## Vibrational Ingtegration

## Bio-Photonic Energizer



**Elevate your Body's Vibration**
Clarity · Energy · Well-Being

To book a session and for information call
call Maureen or Tony, 215 424-4444

The Body

Each cell in our body resonates, or vibrates, at a specific frequency. The body has a higher frequency or vibration when it is healthy and a lower frequency when it is sick.

Imbalances in the body can be created by the food we eat, pollution we breathe in, exposure to negative energetic environments and how we process information through our thoughts and emotions. When the body is overwhelmed by toxic substances, thoughts or feelings, the vibration of the bio-electric energy that runs through it is lowered. Due to the constant stresses of modern life and a toxic environment, the voltage of individual cells in the body tends to fall as we age or get sick.

This lowered vitality makes it difficult for the body's immune system to resist the effects of invisible electromagnetic pollution, harmful physical substances, negative fear-based thoughts or heavy emotions. Over time, the weakened immune system is reflected externally in the body by terminal physical imbalance or disease. Gene Koonce, inventor of the VIBE machine, believes that "disease is a state of non-vibrating, non-charged or non-energized cells".

The Machine

The Vibrational Integrated Bio-Photonic Energizer (VIBE) machine is a technological breakthrough that enhances the human body by restoring the vibrational level of the body back to its natural, optimal state of being. Invented by Gene Koonce of Greeley, CO, it is based on the pioneering techniques of energy machines built in the early 1900s and the use of AC (alternating current) power.

The VIBE transmits energy at the frequency of healthy cells, and the body then resonates to this frequency like a tuning fork allowing the body to heal itself. The biophotons or light emitted improves the body's communication system. Raising the oscillating frequency of every atom in the body strengthens the immune system and eliminates V the negative toxins the body is fighting. The quantum fluctuations or vibrations in the cells start creating new and different "memories" as the cell frequency is reprogrammed back to its original, natural state. This enhances the body's ability to protect itself from harmful physical and environmental substances.

## Frequently Asked Questions

Can the VIBE be used by anyone?

Clinical data is currently incomplete so we do not allow pregnant women or individuals with pacemakers or devices containing microprocessors or electronic pumps to use the VIBE machine.

How do I use it?

You sit approximately 3 feet from the device and the biophotonic energy pours through you. There are no wires or devices with which the user comes into contact.

Are there any side effects from using the VIBE?

A true VIBE Machine will have no side effects, but may create a Healing Crisis, otherwise known as a Herxheimer reaction. This may manifest as flu-like systems for 4-12 hours after a VIBE session. We believe that this is a result of toxins being flushed from the body. It is our experience that increasing water intake helps to make this a much gentler process.

**Is the device FDA approved?**

Data is currently being compiled for investigational clinical research to gain FDA approval.

## Client Experiences

**MARY:** *I had not been able to sit down comfortably for 4 months. After just 4 sessions I was so impressed by my improvement I bought a VIBE machine for my own personal use!*

**VIBE OWNER IN FLORIDA:** *After setting up the VIBE Machine at my Chiropractic office I have had 5-10 individuals per hour in front of it with, in some cases, no less than miraculous results.*

**SHELIA:** *After one VIBE session I passed a four-inch parasite and have significantly more energy.*

**GWILDA:** *As a shaman practitioner I can see the amazing benefits the device has on people with various problems.*

**SONDRA:** *I have been taking VIBE sessions for approximately 4 months for energy boosting and general improvement. I tried another electromagnetic device claiming to be superior to the VIBE Machine and was in bed for an entire day afterwards. I feel like it undid the positive results I had with the VIBE Machine. I'll stick with the VIBE Machine from now on.*

**DONALD:** *After my first one-minute session on the VIBE Machine I felt more energetic than I had in years. My wife and friends have noticed a huge change in my mood and willingness to socialize.*

For more client experiences, visit www.vibemachine.com

No medical claims are made about the use of the VIBE machine to replace the need for professional medical advice or treatment. If you experience health problems you should always consult your regular physician.



## Educational Products & Enlightenment Tools To Live For!"

Google  • Search this Website    Search

**Home Page** / **About Us** / **Our Product Index** / **Links** / **Customer Support** / **Contact Us**

_Alternative Health Resources (Books on natural remedies for the prevention & reversal of disease)_

_Alternative Health Solutions (Our entire range of Wellness Machines & Devices, Nutritional Whole Food Supplements, Monatomic Minerals, Books, & Videos)_

_Crop Circles (Learn more about this mysterious enigma from our selection of Books, DVDs & Videos)_

_Electromagnetic Protection (Protect yourself from the harmful effects of Cell Phones, Wi-Fi, Computers, Microwave Ovens & other household appliances and electronic smog)_

_Healing Machines (Proactive & effective approaches to non-invasive, natural health care & well being!)_

_Home Business Opportunity_

# VIBE Machine



## Vibrational Integration Bio-Photonic Energizer

### What is the VIBE Machine?

The VIBE Machine is an electronic device that brings the vibrational level of your body back to its natural state of being.

### How does the VIBE Machine work?

The VIBE Machine uses the principle that lifeforms can absorb radio wave energy to strengthen the cells of the body against physical imbalances. The device creates a strong electromagnetic field that raises the vibration of your cells to their optimal frequency. By sitting next to the machine, one receives the benefits of this energy field.

### What are the benefits of using the VIBE Machine?

Rising costs of medical treatments, prescription drugs and health insurance makes the VIBE Machine a shrewd investment in your current and future well-being. Using and / or owning a machine can put you in the driver's seat for postive preventive healthcare.

_This Device promotes a feeling of well-being and energy and will restore balance to the systems of your body!_

Owning a VIBE Machine is a great way to benefit yourself and others. Building your own VIBE business can also allow you to contribute greatly to your community in exciting and rewarding ways. Are there others you know of that have need of this technological breakthrough?

### How can I own a VIBE Machine?

Please **contact us** by phone or email and we will be happy to answer your questions and facilitate your purchase. If you contact us by email we would be grateful if you would give your name if it is not obvious from your email address. Thank you.

Retail Price

**$17,800.00**

Flexible payment terms and leasing options are available.

Price quoted does not include sales tax, if applicable, or shipping charges.

*(Get Healthy & Retire Rich!)*

**Music** *(Beautiful, uplifting, meditative and sacred music by classically trained singer, Doe Kelly)*

**Nutritional Supplements** *(Natural whole food nutritional supplements & superfoods)*

**Sacred Sites & Earth Mysteries** *(Discover the mysterious legacies left behind by our ancestors plus their amazing knowledge of the Earth & Cosmos)*

**Spirituality & Enlightenment** *(Self help resources & tools to inspire and motivate you in discovering your true spiritual nature)*

**Supplements For The Spirit** *(Sacred Powders that support your search for Enlightenment & Wholeness)*

**Vibrational Healing** *(Books, frequency & subtle energy devices, sacred supplements, for physical, mental & spiritual well being)*

**Wellness Center** *(Alternative Therapies at our Center in the Longmont / Boulder area of Colorado)*

**Shopping Cart**

_Frequently Asked Questions_

_Experience the VIBE Machine in west Longmont, Colorado, USA_

_More Alternative Health Products_

*Medical Disclaimer: Nothing on this page is intended to diagnose, treat, prescribe or cure any physical or mental problem or medical condition and is intended for educational purposes only. The statements on this page have not been evaluated by the FDA, and as such, shall not be contrued as medical advice, implied or otherwise. As owners of a VIBE Machine we do not diagnose medical conditions, or recommend any course of treatment to either cure or alleviate a specific medical condition or symptom. The VIBE Machine is for investigational and experimental use only and must be used at your own risk. For all serious health concerns please consult with your licensed professional health care provider.*

*Please note: The manufacturer has recently registered this device with the FDA and is currently working towards compliance with all federal regulations in order to obtain medical device clearance.*

### For serious, prospective purchasers
_Contact us_ with your name, phone number and complete mailing address to receive your _FREE DVD_ and see the VIBE Machine being demonstrated and explained by its inventor!

### For Overseas Purchasers
If you are considering purchasing a VIBE Machine from outside the USA we can help to offset the costs of shipping and customs duty - please contact us for details.

### Another Frequency Based Wellness Device ..........



**Tennant Biomodulator™ PLUS**
The next generation of cybernetic biofeedback technology and Energetic Medicine. This FDA listed medical device is designed to offer health care professionals and home users an affordable - drug free / user friendly option to other health care methods.
**NEW 2007 Slimline Model**

# APPENDIX B

August 6, 2008

Honorable Judge Richard Jones
United States District Court
700 Stewart Street
Seattle, Washington 98101

Dear Judge Jones:

All of us will die. In a couple of weeks I will be 80 years old - so that fact has become alot clearer to me lately.

I was raised in a Christian home and was taught to always help other people - which I have done all my life. In this situation I let my compassion to eliminate suffering be a top priority.

I have no excuse. I broke the law which was not my intent. I am sorry for that.

Respectfully,

Don Brandt
DON BRANDT

P.S. This letter is written by Don's wife Sharon. Don's penmanship is not the best anymore.