Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DONALD BRANDT and SHARON BRANDT,

    Defendants.

No. CR07-0432 RAJ

ORDER

IT IS HEREBY ORDERED that the funds in the amount of $7,028.00, which were seized from the Defendants' property in Mount Vernon, Washington on April, 27, 2005 during execution of a search warrant, shall be applied to the Defendants' joint and several obligation for the $10,000.00 fine imposed in their respective judgments entered on August 22, 2008.

DATED this 28th day of August, 2008.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1