UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD AND SHARON BRANDT,<br><br>Defendants. | NO. CR07-0432RAJ<br><br>FINAL ORDER OF FORFEITURE |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture (Dkt. #105) with respect to the following assets:

    a.    Three BK Precision 21.5 MHZ Multi-Function Arbitrary Wave Form Generators, Model 4070, serial numbers 36701010007, 36701010004, 36709000018;

    b.    Two BK Precision Multi-Function Arbitrary Wave Form Generators, Model 3011B, serial numbers 147-15108 and 147-15107;

    c.    One Electro-Acuscope, Model 70, serial number AP85P04305; and

    d.    One Vibe Machine, Model JD, serial number 23.

FINAL ORDER OF FORFEITURE
U.S. v. DONALD AND SHARON BRANDT - 1
CR07-432

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

On August 22, 2008, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendants DONALD and SHARON BRANDT's interest in Three BK Precision 21.5 MHZ Multi-Function Arbitrary Wave Form Generators, Model 4070, serial numbers 36701010007, 36701010004, 36709000018; Two BK Precision Multi-Function Arbitrary Wave Form Generators, Model 3011B, serial numbers 147-15108 and 147-15107; One Electro-Acuscope, Model 70, serial number AP85P04305; and One Vibe Machine, Model JD, serial number 23.

The above-referenced property was subject to forfeiture pursuant to Title 21, United States Code, Section 334 and Title 28, United States Code, Section 2461(c), based on DONALD and SHARON BRANDT's guilty pleas to Causing the Introduction into Interstate Commerce of an Adulterated Medical Device, as charged in Count One of the Information, in violation of Title 21, United States Code, Sections 331(a) and Title 18, United States Code, Section 2, and their agreements to forfeit the property.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official internet government forfeiture website, www.forfeiture.gov, starting on January 22, 2009 and running consecutively for thirty days until its conclusion on February 20, 2009. In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within thirty (30) days of the final publication of the notice or personal receipt of the notice, whichever was earlier, setting forth the nature of the petitioner's right, title, and interest in the property.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice in The Daily Journal of Commerce on March 11, March 18, and March 25, 2009. In the publication the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person other than the defendant having or

FINAL ORDER OF FORFEITURE
U.S. v. DONALD AND SHARON BRANDT - 2
CR07-432

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

claiming an interest in the property was required to file a petition with the Court within thirty (30) days of the final publication of the notice or personal receipt of the notice, whichever was earlier, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the Government's Motion for Entry of Final Order of Forfeiture (Dkt. #105) is GRANTED and the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

    a.    Three BK Precision 21.5 MHZ Multi-Function Arbitrary Wave Form Generators, Model 4070, serial numbers 36701010007, 36701010004, 36709000018;

    b.    Two BK Precision Multi-Function Arbitrary Wave Form Generators, Model 3011B, serial numbers 147-15108 and 147-15107;

    c.    One Electro-Acuscope, Model 70, serial number AP85P04305; and

    d.    One Vibe Machine, Model JD, serial number 23.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

The United States Marshals Service is authorized to dispose of the above-listed property in accordance with the law.

///
///
///
///
///

FINAL ORDER OF FORFEITURE
U.S. v. DONALD AND SHARON BRANDT - 3
CR07-432

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. The Clerk of the Court is directed to send a copy of this Final Order of Forfeiture to all counsel of record, three (3) "raised seal" certified copies to the United States Marshals Service, in Seattle Washington.

IT IS SO ORDERED.

DATED this 22ND day of June, 2009.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

Presented by:

  s/ Richard Cohen
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-1271
Telephone:  206-553-2242
Facsimile:  206-553-6934
Email:  Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE
U.S. v. DONALD AND SHARON BRANDT - 4
CR07-432

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970